UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

APR 08 1994

Michael N. Milby, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| M. RICHARD LEOPOLD, | § | |
| Plaintiff, | § | |
| | § | |
| | § | CIVIL ACTION NO. H-92-3282 |
| v. | § | |
| | § | |
| THE CITY OF HOUSTON, TEXAS, | § | |
| Defendant. | § | |

## ORDER

Came on to be heard the Motion to Quash in the above-styled cause. The Court finds the Motion to have merit.

It is therefore ORDERED that the Motion to Quash the videotape deposition of Tina Soto shall be granted.

SIGNED this the _____5th_____ day of April, 1994.

_____
MARY MALLOY
UNITED STATES MAGISTRATE JUDGE

MLD:mg

a:leopold.order



4:92-cv-03282

26      ym      04/08/94