IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
___HOUSTON___ DIVISION

Clerk, U. S. District Court
Southern District of Texas

FILED

OCT 2 0 1994

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

# 51   OCT 2 1 1994

Michael N. Milby, Clerk

M. RICHARD LEOPOLD

_____

_____

v.

CITY OF HOUSTON

_____

_____

§
§
§
§
§
§
§
§
§
§
§
§

NO. H-92-3282 _____

## O R D E R

The jury in the captioned case having retired to
deliberate at _6:00 a_ M., ___Oct. 20___, 19_94_, and
the foreman having advised the Court that the jury will continue
its deliberations, the United States Marshal is hereby

ORDERED to provide the jury, consisting of _Seven(7)_
members and _one(1)_ security personnel with their meal on the ____
day of __Oct. 20__, 19_94_.

A copy of this Order will be directed by the Clerk to the
Financial Section.

DONE this the _20th_ day of __October__, 19_94_.



_____
UNITED STATES MAGISTRATE JUDGE


4:92-cv-03282
51    nc    10/21/94

3

Meet Obert
Wall Street Club Sandwich
Ice Tea

Jill Kury

Hot Italian Beef
Dr Pepper  1st choice
IBC Root Beer

JOE
Turkey Avo  Wall Street  Club
Snapple  Melon Berry

Jim & Jack
Vegetarian
Tropicana Twister (Raspberry Ice Tea)

Janet
New York Rueben
Snapple Melon Berry

Snapple melon berry

Tuna Salad Sandwich
POTATO CHIPS
KIWI · STRAWBERRY
SNAPPLE

CHEESECAKE
FOR 9

1 Hot Italian Beef
Coke

Delivery TO
515 Rusk 8th
Floor
Room 8413
CTRM
8B