UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

DEC 30 1994

Michael N. Milby, Clerk

# IN UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| M. RICHARD LEOPOLD, § | |
| Plaintiff § | |
| § | |
| Vs. § | Civil Action No. H-92-3282 |
| § | |
| THE CITY OF HOUSTON, TEXAS, § | |
| Defendant § | |

## ORDER OF DISMISSAL

BE IT REMEMBERED that on this day came on to be considered the parties' Joint Motion for Dismissal, and this Court, after having considered the motion, is of the opinion that the motion has merit and should be GRANTED. Accordingly,

IT IS ORDERED that Plaintiff's Civil Action No. H-92-3282 is dismissed with prejudice.

SIGNED this ____ day of December, 1994.

MARY MILLOY
UNITED STATES MAGISTRATE JUDGE

MLD:mg
a:\joint.dismiss&order